STATE OF MONTANA,

Plaintiff,                                          NO. DC 93-211

vs.                                                 DECISION

NICHOLAS LEE MORRIS,

Defendant.

On February 24, 1994, the Defendant was sentenced to Count I, ten (10) years for Felony Assault; plus an additional two (2) years, for the use of a weapon, for a total of twelve (12) years at Montana State Prison; for Count II, Felony Assault and ten (10) years at Montana State Prison to be served concurrently to Count I.

On May 6, 1994, the Defendant's application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court.

The Defendant was present and proceeded pro se. The state was not represented.

Before hearing the application, the Defendant was advised that the Sentence Review Division has the authority not only to reduce the sentence or affirm it, but also

to increase it if such is possible. The defendant was further advised that there is no appeal from a decision of the Sentence Review Division. The defendant acknowledged that he understood this and stated that he wished to proceed.

After careful consideration, it is the unanimous decision of the Sentence Review Division that the sentence shall remain the same as originally imposed.

The reason for the decision is the sentence imposed by the District Court is presumed correct pursuant to Section 46-18-904(3), MCA. The Division finds that the reasons advanced for modification are insufficient to deem inadequate or excessive as required to overcome the presumption per Rule 17 of the Rules of the Sentence Review Division of the Montana Supreme Court.

DATED this 6th day of May, 1994.

**Hon. G. Todd Baugh, Chairman, Hon. John Warner and**
**Hon. Ted Lympus, Members.**

The Sentence Review Board wishes to thank Nicholas Morris for representing himself in this matter.